IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL DOUGHERTY | : | CIVIL ACTION |
| v. | : | No.   09-902 |
| JEFFREY BEARD, et al. | : | **THIS IS A CAPITAL CASE** |

## ORDER

AND NOW, this 28th day of October, 2009, Petitioner Daniel Dougherty's Petition for a Writ of Habeas Corpus (Document 12) is STAYED.

The above-captioned case shall be placed in SUSPENSE for statistical purposes until such time as Petitioner exhausts his state remedies or until further notice.

It is further ORDERED that the parties shall submit a joint written status report to the Court every six months.

BY THE COURT:

\s\ Juan R. Sánchez
Juan R. Sánchez, J.